1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GARY PLESSMAN
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  SHANA T. MINTZ (CA Bar No. 175147)
   Assistant United States Attorney
6      300 North Los Angeles Street
       Federal Building, Room 7516
7      Los Angeles, CA 90012
       Telephone: (213) 894-4756
8      Facsimile: (213) 894-2380
       shana.mintz@usdoj.gov
9
   Attorneys for the United States of America
10

FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                     WESTERN DIVISION

15 | UNITED STATES OF AMERICA ) | CASE NO. CV 04-07747 DSF (SSx)
   | ex rel. BENNET YALE      )
16 | OLENICK, Relator,        ) | **STIPULATION FOR VOLUNTARY**
   |                          ) | **DISMISSAL OF COMPLAINT AND**
17 |        Plaintiff,        ) | **REQUEST FOR ORDER UNSEALING**
   |                          ) | **COMPLAINT; AND**
18 | vs.                      ) | [~~PROPOSED~~] **ORDER THEREON**
   |                          )
19 | PRESBYTERIAN HEALTHCARE  )
   | SERVICES; CERTUS CORPORATION; ) | [**LODGED UNDER SEAL** pursuant
20 | and DOES 1-100.          ) | to the False Claims Act,
   |                          ) | 31 U.S.C. § 3720 (b)(2)&(3)]
21 |        Defendants.       )
   |_____)

WHEREAS the *qui tam* plaintiff Bennett Yale Olenick filed the Complaint in this action on or about September 17, 2004;

WHEREAS the Complaint is currently under seal pursuant to the sealing provisions of the False Claims Act, 31 U.S.C. § 3730(b)(2) & (3), and has not been served on the defendants;

WHEREAS the *qui tam* plaintiff has informed the United States of America of his intention to voluntarily dismiss the Complaint with prejudice as to the *qui tam* plaintiff and without prejudice as to the United States;

WHEREAS pursuant to 31 U.S.C. § 3730(b)(1) the United States consents to a dismissal of the Complaint with prejudice as to the *qui tam* plaintiff and without prejudice as to the United States;

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. 3730(b)(1) & (2), IT IS HEREBY STIPULATED AND AGREED, by and between the *qui tam* plaintiff and the United States of America, as follows:

(1) The Complaint in this action, and each and every cause of action asserted therein shall be dismissed <u>with prejudice</u> as to the *qui tam* plaintiff;

(2) The Complaint in this action, and each and every cause of action asserted therein shall be dismissed <u>without prejudice</u> as to the United States; and

///
///
///
///
///
///

(3) The Complaint, this Stipulation, and the Order thereon shall be unsealed.

DATED: October 14, 2008

BERENY & WALLACE

_____
EDWARD E. WALLACE
Attorneys for the *Qui Tam* Plaintiff
Bennet Yale Olenick

DATED: October 29, 2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section

_____
SHANA T. MINTZ
Assistant United States Attorney
Attorneys for the
United States of America

[PROPOSED ORDER ON NEXT PAGE]

3

**ORDER**

GOOD CAUSE APPEARING,

(1) The Complaint in this action, and each and every cause of action asserted therein shall be dismissed <u>with prejudice</u> as to the *qui tam* plaintiff;

(2) The Complaint in this action, and each and every cause of action asserted therein shall be dismissed <u>without prejudice</u> as to the United States; and

(3) The Complaint, this Stipulation, and the Order thereon shall be unsealed.

(4) All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon any person.

IT IS SO ORDERED this 31st day of Oct, 2008.

_____
UNITED STATES DISTRICT JUDGE